IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| CAROL FERGUSON and LYNDA FREEMAN, on behalf of themselves and, in addition, on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MARIA SMITH, an individual; GLADSTONE AUTO, LLC, an Oregon limited liability company; and CARROS, INC., an Oregon corporation,<br><br>Defendants. | Case No. 3:18-cv-00372-SB<br><br>**JUDGMENT** |

The issues in this collective action under the Fair Labor Standards Act ("FLSA") were tried before a jury, from May 1 to May 3, 2023, with U.S. Magistrate Judge Stacie F. Beckerman presiding, and before the Court on May 4, 2023. (ECF Nos. 244, 247-48, 256.) A jury verdict was rendered on May 3, 2023. (ECF No. 250.) Following post-trial briefing, the Court issued Findings of Fact and Conclusions of Law in an Opinion and Order dated July 25, 2023. (ECF No. 270.)

**IT IS HEREBY ORDERED AND ADJUDGED THAT:**

(1)    Judgment is entered in favor of Plaintiffs Carol Ferguson ("Ferguson") and Lynda Freeman ("Freeman") (together, "Plaintiffs") and the collective members, and against

PAGE 1 – JUDGMENT

Defendants Maria Smith ("Smith") and Gladstone Auto, LLC and Carros, Inc., which respectively do business as Toyota of Gladstone and Mazda of Gladstone (together with Smith, "Defendants"), on Plaintiffs' claims for violations of the FLSA's minimum wage and overtime requirements; and

    (2)    Plaintiffs and the collective members shall recover liquidated damages in the following amounts:

| Employee | Minimum Wage Liquidated Damages | Straight-Time Liquidated Damages | Overtime Hours Liquidated Damages |
|---|---|---|---|
| Aaron Waxenfelter | $1,805.40 | $0.00 | $0.00 |
| Benjamin Phillip Doan | $703.03 | $0.00 | $0.00 |
| Braden Allard | $768.94 | $0.00 | $0.00 |
| Bryan Dowd | $1,118.60 | $0.00 | $0.00 |
| Camille Abu Khzam | $2,292.16 | $0.00 | $0.00 |
| Carlos Barrera | $2,297.68 | $0.00 | $0.00 |
| Carmen Lukowski | $2,614.72 | $0.00 | $0.00 |
| Carol Ferguson | $635.83 | $767.37 | $25.68 |
| Chai Xiong | $1,460.01 | $0.00 | $0.00 |
| Christopher Popp | $1,706.58 | $0.00 | $0.00 |
| Colton Gledhill | $1,511.92 | $0.00 | $0.00 |
| Daniel Hernandez | $2,120.34 | $0.00 | $0.00 |
| Dereck Messer | $2,133.60 | $0.00 | $0.00 |
| Domonique Stewart | $1,916.10 | $0.00 | $0.00 |
| Dustin Franke | $3,566.63 | $0.00 | $0.00 |

PAGE 2 – JUDGMENT

| Employee | Minimum Wage Liquidated Damages | Straight-Time Liquidated Damages | Overtime Hours Liquidated Damages |
|---|---|---|---|
| Eric Blaha | $2,257.87 | $0.00 | $0.00 |
| Erma L. Gonzales | $874.50 | $0.00 | $0.00 |
| Freddy Garcia | $1,614.72 | $0.00 | $0.00 |
| Gabriel Gasca | $1,867.60 | $1,521.80 | $305.17 |
| Gayle Wilson | $1,729.64 | $0.00 | $0.00 |
| Hugo Aguirre Najera | $659.03 | $704.47 | $338.63 |
| Ignacio Ortiz Sanchez | $1,881.39 | $1,319.11 | $36.90 |
| Jai Xiong | $1,361.85 | $0.00 | $0.00 |
| James Dailey | $2,263.09 | $0.00 | $0.00 |
| Jeffrey Potter II | $35.16 | $0.00 | $0.00 |
| Jeffrey R. Karlin | $2,981.28 | $0.00 | $0.00 |
| Jeffrey S. Karlin | $2,651.26 | $0.00 | $0.00 |
| Jeremy Colen | $2,856.29 | $0.00 | $0.00 |
| Jeremy Ovalle | $2,408.02 | $0.00 | $0.00 |
| Jordan Martine | $1,596.89 | $0.00 | $0.00 |
| Joseph Pietila | $1,848.03 | $0.00 | $0.00 |
| Joshua Lemus | $2,407.08 | $0.00 | $0.00 |
| Kevin Wyatt | $685.49 | $0.00 | $0.00 |
| Linda Kay Landrum | $657.65 | $0.00 | $0.00 |
| Lynda Freeman | $1,156.38 | $1,105.62 | $86.67 |
| Lynn Sanchez | $2,705.20 | $0.00 | $0.00 |

| Employee | Minimum Wage Liquidated Damages | Straight-Time Liquidated Damages | Overtime Hours Liquidated Damages |
|---|---|---|---|
| Manuel Vargas | $2,506.40 | $0.00 | $0.00 |
| Mckenzie Heeley | $716.23 | $0.00 | $0.00 |
| Michael Schmitt | $663.59 | $0.00 | $0.00 |
| Mohssen Fooladjoush | $1,619.94 | $0.00 | $0.00 |
| Nannette Lackey | $1,784.24 | $647.32 | $4.20 |
| Nicholas A. Niemeyer | $3,051.90 | $0.00 | $0.00 |
| Nue Xiong | $1,610.38 | $0.00 | $0.00 |
| Patrick Bliss | $1,620.89 | $0.00 | $0.00 |
| Phouthaleth Kittirath | $1,778.14 | $0.00 | $0.00 |
| Raymond G. Gonzales | $352.13 | $0.00 | $0.00 |
| Reymundo Vargas-Martinez | $98.38 | $0.00 | $0.00 |
| Richie Flores | $1,519.60 | $604.35 | $135.90 |
| Robert Baker | $2,018.11 | $0.00 | $0.00 |
| Robert Utley | $782.13 | $0.00 | $0.00 |
| Ryan Patershall | $900.74 | $0.00 | $0.00 |
| Sandy Wayne Smith | $642.35 | $686.65 | $537.75 |
| Sergio Polanco Dominguez | $1,992.30 | $1,673.30 | $91.50 |
| Stafford Grindy | $2,013.04 | $0.00 | $0.00 |
| Steven Welborn | $663.59 | $0.00 | $0.00 |
| Tavish Winscott | $645.25 | $244.75 | $6.00 |
| Taylor Willis | $1,734.86 | $0.00 | $0.00 |

PAGE 4 – JUDGMENT

| Employee | Minimum Wage Liquidated Damages | Straight-Time Liquidated Damages | Overtime Hours Liquidated Damages |
|---|---|---|---|
| Tyler Vaughn | $2,422.81 | $0.00 | $0.00 |
| Wesley Kennedy | $777.71 | $0.00 | $0.00 |
| You Tsuruta | $729.42 | $0.00 | $0.00 |
| Zachary McClure | $1,553.60 | $0.00 | $0.00 |
| Zachery Rangel | $768.94 | $0.00 | $0.00 |
| **Total** | **$98,116.63** | **$9,274.74** | **$1,568.40** |

DATED this 25th day of July, 2023.

*Stacie F. Beckerman*
_____
HON. STACIE F. BECKERMAN
United States Magistrate Judge

PAGE 5 – JUDGMENT